1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 LES JANKEY, an individual; and        )   **CV-09-0922-MMC**
   DISABILITY RIGHTS, ENFORCEMENT,       )
12 EDUCATION, SERVICES: HELPING          )   **EX PARTE APPLICATION FOR**
   YOU HELP OTHERS, a California public   )   **ADDITIONAL TIME TO SERVE**
13 benefit corporation,                  )   **DEFENDANT MILLER-RAVETTI CO., a**
                                         )   **California general partnership AND**
14        Plaintiffs,                     )   **[PROPOSED] ORDER THEREON**
                                         )
15 v.                                    )
                                         )
16                                       )
                                         )
17 DIRTY TRIX SALOON; MILLER-            )
   RAVETTI CO., a California general     )
18 partnership; and LUMPY ENTERPRISES,   )
   INC.,                                 )
19                                       )
                                         )
20        Defendants.                     )
21 _____

22        This action was filed on March 3, 2009.  Pursuant to General Order 56 and Civil Local

23 Rule 7-11, plaintiffs were to have served defendants on or before May 4, 2009.

24        The defendants to this action are MILLER-RAVETTI CO., a California general

25 partnership; and LUMPY ENTERPRISES, INC.  Defendant LUMPY ENTERPRISES, INC.,

26 accepted service by personal service on March 27, 2009, which plaintiffs' counsel filed the

27 executed summons for this defendant on April 15, 2009.  Defendant LUMPY ENTERPRISES,

28 INC. answer is due on May 15, 2009.

1    Despite diligent efforts, plaintiffs have been unsuccessful in their attempts to serve

2    defendant MILLER-RAVETTI CO., a California general partnership with the summons and

3    complaint herein.

4    Plaintiffs' directed their process server to serve defendant at the initial service address

5    indicated on the summons (327 Bartlett Street, San Francisco, California 94110).   Plaintiffs'

6    process server learned "Iso Rabins," is the current tenant that rents from defendant, MILLER-

7    RAVETTI CO., a California general partnership.

8    Plaintiffs' requested that the process server try and serve defendant MILLER-RAVETTI

9    CO., a California general partnership for service at an alternate address (436 Cornell Avenue,

10   San Mateo, California 94402), but the process server was not successful in this attempt either.

11   Per Neighbor, defendant was on vacation.  Thereafter, plaintiffs' attempted to make several other

12   attempts to serve defendant MILLER-RAVETTI CO., a California general partnership with the

13   summons and complaint, but to no avail were they able to serve the defendant.  Attached as

14   Exhibit "A" is the Affidavit of Reasonable Diligence from our process servers.

15   In light of the above described service difficulties, plaintiffs would respectfully request

16   that the last day for plaintiffs' to complete service on defendant be continued for a period of

17   60-days to allow plaintiffs' time to either succeed at or exhaust their service efforts, and

18   presuming that service is accomplished, to allow the defendant time to file a responsive pleading.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

EX PARTE APPLICATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO SERVE DEFENDANT          2

1    Plaintiffs would also request that the last day for the parties and counsel to hold a joint

2    inspection of the premises be continued from June 11, 2009 to August 11, 2009, in order to give

3    all parties sufficient time to be served, appear, and meaningfully participate in the joint

4    inspection.

5    Respectfully submitted,

6

7    Dated: May 6, 2009                              THOMAS E. FRANKOVICH
                                                     *A PROFESSIONAL LAW CORPORATION*
8

9
                                                     By:_____/s/_____
10                                                       Thomas E. Frankovich
                                                     Attorneys for Plaintiffs LES JANKEY and
11                                                   DISABILITY RIGHTS ENFORCEMENT,
                                                     EDUCATION SERVICES
12

13

14                                          **ORDER**

15    IT IS SO ORDERED that plaintiffs have an additional sixty (60) days from the date of

16    this Order to serve defendant MILLER-RAVETTI CO., a California general partnership .  IT IS

17    FURTHER ORDERED that the last day for the parties to hold the joint inspection of the

18    premises is continued to __August 11, 2009_____.

19

20

21    Dated: __May 12_____, 2009         _____
                                                   Hon. Maxine M. Chesney
22                                            UNITED STATES District Judge

23

24

25

26

27

28