IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES JANKEY, et al.,            No. C 09-0922 MMC

    Plaintiffs,                **ORDER OF DISMISSAL**

  v.

DIRTY TRIX SALOON, et al.,

    Defendants                 /

       Plaintiffs having advised the Court that the parties have agreed to a settlement of this cause,

       IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

       **IT IS SO ORDERED.**

Dated: October 5, 2009

                                                       MAXINE M. CHESNEY
                                                       United States District Judge